AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN STARLING, ET AL

V.

U.S. GOVERNMENT

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:06CV00971

CASE    JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 05/24/2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL**
**D.O.J.**
**950 PENNSYLVANIA AVE. NW**
**WASHINGTON, D.C. 20530**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

JOHN STARLING
DEBRA STARLING
944 BATTLEFIELD DR.
NASHVILLE, TN.
37204

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

JUL 3 - 2006

NANCY M. MAYER-WHITTINGTON

CLERK

MAY 24 2006
DATE

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(By) DEPUTY CLERK

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

John Starling,
Debra Starling

v.

United States Government

**SUMMONS IN A CIVIL CASE**

Case No.: 1:06CV00971

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

John Starling,
Debra Starling
944 Battlefield Dr.,
Nashville. TN 37204,
615-297-1831

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
Court Clerk

by _____
Deputy Clerk

_____
Date

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is June 19, 2006. The cost of the mailing is $ 6.08

Certified mail # 7005 0570 0000 1137 5557 ,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Katelyn M. Edwards_
Signature

6/29/06
Date

My Commission Expires
May 18, 2010

[Notary Seal: Katelyn M. Edwards, State of Tennessee Notary Public, Williamson County]

Page 2

**UNITED STATES POSTAL SERVICE**

# Track & Confirm

Label/Receipt Number: **7005 2570 0000 1137 5557**
Status: **Delivered**

Your item was delivered at 4:59 am on June 19, 2006 in WASHINGTON, DC 20530.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here — NASHVILLE, TN

Sent To: Al Gonzales Atty Gen Civil Process Clerk
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust
Copyright 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy