IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN STARLING & <br> DEBRA STARLING, <br>     Plaintiffs, <br> v. <br> UNITED STATES, <br>     Defendant. | ) <br> ) <br> ) <br> )    No. 1:06-cv-00971 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: August 4, 2006.

                                               Respectfully submitted,

                                               /s/ Jennifer L. Vozne
                                               JENNIFER L. VOZNE
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice
                                               P.O. Box 227
                                               Ben Franklin Station
                                               Washington, DC 20044
                                               Phone/Fax: (202) 307-6555/514-6866
                                               Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1844496.1

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on August 4, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> JOHN STARLING
> DEBRA STARLING
> *Plaintiffs Pro Se*
> 944 Battlefield Dr.
> Nashville, TN 37204

                /s/ Jennifer L. Vozne
                JENNIFER L. VOZNE