IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN STARLING & <br> DEBRA STARLING, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No. 1:06-cv-00971 (RCL) |
| v. | ) <br> ) | |
| UNITED STATES, | ) <br> ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered any opposition and reply thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1844497.1

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

JOHN STARLING
DEBRA STARLING
*Plaintiffs Pro Se*
944 Battlefield Dr.
Nashville, TN 37204

1844497.1