UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN STARLING & <br> DEBRA STARLING, <br>   Plaintiffs, <br>   v. <br> UNITED STATES, <br>   Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:06-cv-00971 (RCL) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Defendants filed a motion to dismiss on August 4, 2006. Plaintiffs John and Debra Starling are representing themselves, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* plaintiff of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

In accordance, this Court wishes to advise plaintiffs that they must respond to defendant's previously filed motion within fourteen days of the date of this Order. If plaintiffs do not respond, the Court will treat the defendant's motion as conceded and dismiss the complaint.

  SO ORDERED.

                       _____
                       Royce C. Lamberth
                       United States District Judge

DATE: August 31, 2006