IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN STARLING <br>    and <br> DEBRA STARLING, <br><br>    Plaintiffs, <br><br>    v. <br><br> UNITED STATES, <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No. 1:06-cv-00971 (RCL) <br> ) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Charles H. Keen in substitution for Jennifer L. Vozne in the above-referenced case.

DATE: February 23, 2007

Respectfully submitted,

/s/ Charles H. Keen
CHARLES H. KEEN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6536/514-6866
Email: Charles.H.Keen@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2154578.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on February 23, 2007 copy in the United States' mail, postage prepaid, addressed as follows:

JOHN STARLING
DEBRA STARLING
*Plaintiffs Pro Se*
944 Battlefield Dr.
Nashville, TN 37204

/s/ Charles H. Keen
CHARLES H. KEEN

2154578.1