UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN STARLING, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-971 (RCL) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's motion [6] to dismiss, the opposition and reply thereto, and the record herein, defendant's motion is GRANTED due to plaintiff's failure to exhaust administrative remedies. Plaintiff's alternative motion [9] to bifurcate is DENIED.

This case shall stand DISMISSED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 28, 2007.